

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-09-298-CV

IN RE CECIL DARRELL LONG                                RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL: CAYCE, C.J.; LIVINGSTON and GARDNER, JJ.

DELIVERED: October 2, 2009

---

[1] *See* Tex. R. App. P. 47.4.